UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL CLARK and CHARLES WILLIAMS, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>QG PRINTING II, LLC, a Connecticut limited liability company; QUAD/GRAPHICS, INC., a Wisconsin corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:18-cv-00899-AWI-EPG<br><br>**ORDER ON STIPULATION ALLOWING PLAINTIFFS TO FILE FIRST AMENDED COMPLAINT**<br><br>(ECF No. 14) |

The parties having stipulated, (ECF No. 14), and good cause appearing, it is ordered that the First Amended Complaint attached to the Parties stipulation is hereby deemed filed, and Defendants have thirty days to respond to it.

IT IS SO ORDERED.

Dated: **March 7, 2019**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE