UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL CLARK and CHARLES WILLIAMS, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>QG PRINTING II, LLC, a Connecticut limited liability company; QUAD/GRAPHICS, INC., a Wisconsin corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:18-cv-00899-AWI-EPG<br><br>**ORDER GRANTING STIPULATION REQUESTING 30 DAYS' EXTENSION OF DEADLINES RE EXPERT WITNESS DISCLOSURES FOR CLASS CERTIFICATION** |

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Plaintiff Paul Clark ("Plaintiff") and Defendants QG PRINTING II, LLC and |
| 3 | QUAD/GRAPHICS, INC. ("Defendants") (collectively "the Parties"), submitted their Joint |
| 4 | Statement and Stipulation requesting that the Court extend the deadline for the parties to file |
| 5 | expert witness disclosures in this action for a period of thirty (30) days. Having considered the |
| 6 | Parties' Stipulation, the Court ORDERS as follows: |
| 7 | 1. The Parties' Stipulation is hereby GRANTED. |
| 8 | 2. The deadline for the parties to file Expert Witness Disclosures for Class |
| 9 | Certification shall be extended by thirty (30) days. The new deadline for filing Expert |
| 10 | Witness Disclosures for Class Certification shall be August 26, 2019; |
| 11 | 3. The new deadline for parties to file any Rebuttal Expert Witness Disclosures |
| 12 | for Class Certification shall be October 7, 2019; |
| 13 | 4. The new deadline for parties to file a Reply re Expert Witness Disclosures for |
| 14 | Class Certification shall be October 18, 2019; and |
| 15 | 5. The deadline to file Motions for Class Certification shall remain October 18, |
| 16 | 2019. |

IT IS SO ORDERED.

Dated: **July 26, 2019**   /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE