UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL CLARK and CHARLES WILLIAMS, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>QG PRINTING II, LLC, a Connecticut limited liability company; QUAD/GRAPHICS, INC., a Wisconsin corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:18-cv-00899-AWI-EPG<br><br>**ORDER DIRECTING CLERK OF COURT TO REMOVE PLAINTIFF CHARLES WILLIAMS FROM DOCKET IN LIGHT OF STIPULATION**<br><br>**(ECF No. 24)** |

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Plaintiff Paul Clark and Charles Williams ("Plaintiffs") and Defendants QG |
| 3 | PRINTING II, LLC and QUAD/GRAPHICS, INC. ("Defendants") (collectively "the |
| 4 | Parties"), submitted their Joint Stipulation stipulating to the dismissal as to only Plaintiff |
| 5 | Charles Williams, without prejudice. Having considered the Parties' Stipulation pursuant to |
| 6 | Federal Rule of Civil Procedure 41, the Court ORDERS as follows: |
| 7 | 1. The Clerk of Court is DIRECTED to remove Plaintiff Charles Williams from the |
| 8 | docket; and |
| 9 | 2. Plaintiff Paul Clark shall remain a named Plaintiff in this action and will continue |
| 10 | to pursue claims on behalf of himself, the putative class, and as a representative of the PAGA |
| 11 | claims asserted in this action. |
| 13 | IT IS SO ORDERED. |
| 14 | Dated: **July 30, 2019** /s/ Erica P. Grosjean |
| 15 | UNITED STATES MAGISTRATE JUDGE |