# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL CLARK, individually, and on behalf of other members of the general public similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>QG PRINTING, LLC, a Connecticut limited liability company; QUAD/GRAPHICS, INC., a Wisconsin corporation; and DOES 1 through 10, inclusive<br><br>Defendants. | Case No. 1:18-cv-00899-AWI-EPG<br><br>ORDER APPROVING STIPULATION RE DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT<br><br>(ECF NO. 40) |

On October 22, 2019, the parties filed a stipulation as follows (ECF No. 40.):

(1) That Defendants' Answer to the First Amended Complaint shall be deemed the answer to the Second Amended Complaint; and

(2) That the new paragraph 96 of the Second Amended Complaint shall be deemed denied by Defendants.

The Court has reviewed the stipulation and approves it. IT IS HEREBY ORDERED that:

(3) Defendants' Answer to the First Amended Complaint shall be deemed the answer to the Second Amended Complaint; and

(4) The new paragraph 96 of the Second Amended Complaint shall be deemed denied by

1

Defendants.

IT IS SO ORDERED.

Dated: **October 23, 2019**

/s/ *Erin P. Grosjean*
UNITED STATES MAGISTRATE JUDGE