UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| PAUL CLARK, individually, and on behalf of other members of the general public similarly situated,<br><br>          Plaintiffs,<br>v.<br><br>QG PRINTING II, LLC, a Connecticut limited liability company; QUAD/GRAPHICS, INC., a Wisconsin corporation; and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No. 1:18-cv-00899-AWI-EPG<br><br>[~~PROPOSED~~] ORDER RE: BRIEFING SCHEDULE FOR MOTION FOR CLASS CERTIFICATION |

Having reviewed and considered the Parties' proposed briefing schedule on Plaintiff's anticipated motion for class certification, which was submitted in accordance with the Court's September 23, 2019, Order Granting Plaintiff's Motion For Leave to Amend, Directing Plaintiff to Submit Supplemental Documentation, and Altering Class Certification Deadlines, the Court hereby orders:

1. Defendants' opposition to the motion for class certification must be filed no later than December 20, 2019;

2. Plaintiff's reply in support of the motion for class certification must be filed no later than January 17, 2020; and

3. The hearing on the motion will be February 10, 2020 at 1:30 p.m. in Courtroom No. 2.

IT IS SO ORDERED.

Dated:  November 12, 2019

                           SENIOR  DISTRICT  JUDGE