UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL CLARK, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>QG PRINTING II, LLC, et al.,<br><br>Defendants. | Case No. 1:18-cv-00899-AWI-EPG<br><br>**ORDER RE: JOINT STIPULATION RE HEARING DATE FOR MOTION FOR CLASS CERTIFICATION**<br><br>(ECF No. 48) |

Pursuant to the stipulation of the parties (ECF No. 48), and finding good cause exists, IT IS ORDERD that the hearing on Plaintiff's Motion for Class Certification, currently set for February 10, 2020, is continued to **February 24, 2020 at 1:30 p.m.**

IT IS SO ORDERED.

Dated: __December 23, 2019__          /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE