1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

PAUL CLARK, individually, and on behalf of other members of the general public similarly situated,
        Plaintiffs,
v.
QG PRINTING II, LLC, a Connecticut limited liability company; QUAD/GRAPHICS, INC., a Wisconsin corporation; and DOES 1 through 10, inclusive,
        Defendants.

Case No. 1:18-cv-00899-AWI-EPG

**[PROPOSED] ORDER GRANTING JOINT STIPULATION REQUESTING ADDITIONAL TIME RE CLASS NOTICE AND DISTRIBUTION PLAN AND CONTINUING THE CASE MANAGEMENT CONFERENCE**

[~~PROPOSED~~] ORDER

Upon the Parties' stipulation, and for good cause appearing, the Court Orders as follows:

1. The deadline for the Parties to file a stipulation regarding class notice and distribution plan or for Plaintiff to file said briefing if the Parties cannot stipulate, be continued to November 12, 2020, or 10 days following the Court's determination on the Motion to Intervene, whichever comes later.

2. The deadline for Defendants to Object to the class notice and distribution plan will be filed within 14 days following Plaintiff's briefing if the parties have not stipulated.

3. The case management hearing before the assigned Magistrate Judge shall be continued to December 10, 2020.

IT IS SO ORDERED.

Dated:   October 17, 2020

_____
SENIOR DISTRICT JUDGE