**PIMENTEL LAW, P.C.**
Gabriel J. Pimentel, Esq. (SBN 265328)
GJP@PimentelLaw.com
30 N. Raymond Ave., Ste. 210
Pasadena, CA 91103
Tel: (626) 765-6505
Fax: (626) 628-3036

Attorney for Prospective Plaintiff-Intervenor,
ELITH CHRIS RAMOS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA—FRESNO DIVISION**

PAUL CLARK, individually, and on behalf of other members of the general public similarly situated and as aggrieved employees pursuant to the Private Attorneys General Act ("PAGA"),

Plaintiff, and

ELITH CHRIS RAMOS, individually, and on behalf of others similarly situated and as aggrieved employees pursuant to the PAGA,

Prospective-Plaintiff Intervenor,

vs.

QG PRINTING II, LLC, a Connecticut limited liability company; QUAD /GRAPHICS, INC., a Wisconsin corporation; and DOES 1 through 10, inclusive,

Defendants.

Case No.: 1:18-cv-00899-AWI-EPG

**DECLARATION OF GABRIEL J. PIMENTEL IN SUPPORT OF PROSPECTIVE PLAINTIFF-INTERVENOR ELITH CHRIS RAMOS'S REPLY TO DEFENDANTS' OPPOSITION TO MOTION FOR LEAVE TO INTERVENE**

Date: November 2, 2020
Time: 1:30 p.m.
Judge: Anthony W. Ishii
Courtroom: 2

Trial Date: None

**DECLARATION OF GABRIEL J. PIMENTEL**

I, Gabriel J Pimentel, declare as follows:

1. I am the attorney for the proposed plaintiff-intervenor Elith Chris Ramos in this action and am a member in good standing with the State Bar of California and am admitted to practice in the United States District Court, Eastern District of California.

2. I have personal knowledge of all facts contained in this declaration, and if called to do so, I could and would testify thereto.

3. I am the principal of Pimentel Law, P.C.. My hourly rate for legal services as of 2019 is $600.

4. From 2016 to 2018, my hourly rate for legal services was $500. I was awarded a rate of $500 per hour on the following matters: (1) on October 18, 2016, a case entitled *Day v. U.S. Security Associates, Inc., et al.*, case # BC612920; (2) on December 15, 2016, on a case entitled *Anita Castro v. LAUSD*, case # BC622093; (3) on April 18, 2017, on a case entitled *Michelle Leftridge v. Wal-Mart Stores, Inc., et al.*, case # CIVDS1604806; (4) on November 2, 2017 and February 9, 2018, on a case entitled *Florentino Cantero v. Gloria Moreno, et al.*, case # BC613465.

5. From 2019 to the present, my hourly rate for legal services has been $600. I was awarded a rate of $600 per hour on the following matters: (1) on June 18, 2019, on case entitled *Rafael Maldonado v. Tim Razzari Motors, Inc.*, case # 18CV-02268 and (2) on August 2, 2019, in a case entitled *Alice Parra v. UMNPA, LLC, et al.*, case # 30-2018-01035870.

6. I have continuously engaged in the practice of wage and hour litigation, including representative actions, for 10 years and currently practice almost exclusively in the area of representative wage and hour litigation. Over the past 10 years, I have litigated dozens of representative wage and hours cases, including class actions.

7. I regularly attend conferences, seminars and conventions offered by Plaintiffs attorneys' organizations and stay informed on new developments in the field of employment law through various law publications. I am also a member of the Consumer Attorneys

Association of Los Angeles (CAALA), the California Employment Lawyers Association (CELA) and the California Lawyer's Association Labor & Employment Section. Further, I have tried 14 cases in the past nine years. Lastly, I am a graduate of CAALA's Plaintiff Trial Academy.

8. My hourly rate is commensurate with the rates charged by other Los Angeles attorneys with similar experience. Indeed, in the *National Law Journal's* 2014 national survey of 159 law firms, the average billing rate for partners was $604, while the average billing rate for associate attorneys was $370.[1] Sheppard, Mullin, Richter, & Hampton had an average rate of $415 for associates and $685 for partners in the year 2014 for their Los Angeles based attorneys. Los Angeles based Manatt, Phelps & Phillips had an average of $740 for partners of their Los Angeles office in 2014.

9. Based on the factual and legal issues presented by this case, I expect and estimate that that the total number of hours that would be spent on this case if litigated through trial would far exceed 150.

10. At the time my office submitted Ramos's PAGA Notice, our estimate of the number of maintenance employees on whose behalf the PAGA suit was brought totaled no less than 40.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: October 24, 2020

By: ______________________
Gabriel J Pimentel

[1] The *National Law Journal* 2014 billing survey can be found at http://www.nationallawjournal.com/id=1202636785489/Billing-Rates-Across-the-Country