# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL CLARK, individually, and on behalf of other members of the general public similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>QG PRINTING II, LLC, a Connecticut limited liability company; QUAD/GRAPHICS, INC., a Wisconsin corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　　　　　Defendants. | Case No. 1:18-cv-00899-AWI-EPG<br><br>**CLASS ACTION**<br><br>**ORDER ON SECOND AMENDED JOINT STIPULATION RE CLASS NOTICE**<br><br>(Doc. No. 77) |

On September 18, 2020, the Court issued an order in this action certifying claims relating to prospective break waivers ("Meal Break Waiver Subclass") and reimbursement for business expenses involving protective footwear ("Business Expense Subclass") for class aggregation under Federal Rule of Civil Procedure 23(b)(3). Doc. No. 54 at 37:14-28.[1] Pursuant to that order, Plaintiff Paul Clark ("Plaintiff") and Defendants QG Printing II, LLC and Quad/Graphics, Inc. ("Defendants") (collectively the "Parties") submitted a stipulated class notice and distribution plan for Court approval on January 15, 2021. Doc. No. 71.

---

[1] Unless otherwise indicated, page citations in documents filed electronically with the Court are to the page numbers in the CM/ECF stamp at the top of each page.

For any class certified under Rule 23(b)(3) of the Federal Rules of Civil Procedure,[2] "the court must direct to class members the best notice that is practicable under the circumstances." Fed.R.Civ.P. 23(c)(2)(B). "The notice must clearly and concisely state in plain, easily understood language" the following information:

> (i) the nature of the action; (ii) the definition of the class certified; (iii) the class claims, issues, or defenses; (iv) that a class member may enter an appearance through an attorney if the member so desires; (v) that the court will exclude from the class any member who requests exclusion; (vi) the time and manner for requesting exclusion; and (vii) the binding effect of a class judgment on members under Rule 23(c)(3).

Id.

The stipulated notice satisfied these requirements for the most part, but the Court identified a few areas of concern with respect to the window for exercising opt out rights, the description of the meal break waiver claim and such. See Doc. No. 74. The parties filed an amended stipulation regarding class notice, Doc. No. 75, and on October 4, 2021, the Court issued an order approving the amended distribution schedule, Doc. No. 75 at 2-3, the request for exclusion from class form, Doc. No. 75-1, and the administrator, but directing the parties to make a certain modification to the class description in part 3 of the amended notice for purposes of clarity. See Doc. No. 76.

On October 25, 2021, the parties filed a second amended joint stipulation regarding class notice making the specified change to the class description, Doc. No. 77, and the notice now satisfies the requirements of Rule 23(c)(2)(B).

## **ORDER**

Accordingly, IT IS HEREBY ORDERED that the Parties' proposed class notice, as filed with the Court on October 25, 2021 (Doc. No. 77 at 6-11), is APPROVED.

IT IS SO ORDERED.

Dated:  October 29, 2021                    _____
                                                                   SENIOR DISTRICT JUDGE

---

[2] "Rule," as used herein, refers to the Federal Rules of Civil Procedure.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28