UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL CLARK, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>QG PRINTING II, LLC, et al.,<br><br>Defendants. | Case No. 1:18-cv-00899-AWI-EPG<br><br>ORDER RE: JOINT STATUS REPORT, CONTINUING STATUS CONFERENCE<br><br>(ECF No. 81) |

      This matter is before the Court on the parties' joint status report in advance of the status conference set for December 7, 2021. (ECF No. 81). The parties report that they are in the process "of mailing the class notice and otherwise administering the class notice process, which is expected to be completed on or around January 13, 2022." After this process is completed, they state that will prepare for further discovery and "will begin their efforts toward preparation of dispositive motions on the issues remaining before the Court" and ask that the December 7, 2021 status conference be continued for four months.

      Upon review of the parties' joint request to continue the status conference, IT IS ORDERED that the December 7, 2021, status conference is continued to April 12, 2022, at 10:00 a.m. The parties are also reminded to file a joint status report one full week prior to the conference and email a copy of same, in Word format, to epgorders@caed.uscourts.gov. (*See* ECF No. 10).  For telephonic participation, the parties are directed to use the following dial-in number and passcode: 1:888-251-2909; passcode 1024453.

This status report shall contain proposed deadlines for any remaining discovery that the parties intend to conduct and for the filing of dispositive motions.

IT IS SO ORDERED.

Dated:   **December 1, 2021**                          /s/ Erica P. Grosjean
                                                                     UNITED STATES MAGISTRATE JUDGE