# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL CLARK, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>QG PRINTING II, LLC, a Connecticut limited liability company; QUAD/GRAPHICS, INC., a Wisconsin corporation; and DOES 1 through 10, inclusive,<br><br>Defendants.<br>. | Case No.: 1:18-cv-00899-AWI-EPG<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND BRIEFING DEADLINES AND HEARING ON DEFENDANT'S MOTION TO STRIKE OR DISMISS AND MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>Complaint Filed: May 29, 2018<br>Action Removed: June 29, 2018<br>First Amended Complaint:<br>   March 8, 2019<br>Second Amended Complaint:<br>   September 23, 2019 |

## ORDER ON STIPULATION

Before the Court is the Parties' Joint Stipulation to Extend Briefing Deadlines and the Hearing on Defendant's Motion to Strike or Dismiss and Defendant's Motion for Partial Summary Judgment.  For the reasons outlined in the Joint Stipulation and for good cause appearing therein, the Court finds that the Parties' requests are GRANTED as follows:

*Plaintiff's Opposition to the Motion to Strike or Dismiss and Opposition to Motion for Partial Summary Judgment:* **July 28, 2022**

*Defendant's Reply in Support of Motion to Strike or Dismiss and Reply in Support of Motion for Partial Summary Judgment:* **August 19, 2022**

*New Hearing Date:*  ~~**August 29, 2022**~~  **September 12, 2022** *at 1:30 p.m.~~, or the next Hearing date the Court is available.~~*

IT IS SO ORDERED.

Dated:   June 24, 2022                             _____
                                                                  SENIOR  DISTRICT  JUDGE