UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL CLARK, individually, and on behalf of other members of the general public similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>QG Printing II LLC, et al.,<br><br>    Defendants. | Case No.  1:18-cv-00899-AWI-EPG<br><br>ORDER REGARDING JOINT STATUS REPORT, CONTINUING STATUS CONFERENCE<br><br>(ECF No. 101) |

    This matter is before the Court on the parties' joint status report, filed in advance of the status conference set for March 20, 2023. (ECF No. 101, *see* ECF Nos. 85, 99). Noting that Defendants' motion for summary judgment remains pending, the parties request that the Court continue the status conference for 90 days or to a date convenient for the Court.

    Having reviewed the parties' joint status report, IT IS ORDERED as follows:

1. The March 20, 2023 status conference is continued to July 24, 2023, at 11:00 a.m. To participate telephonically, each party is directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453.

2. The parties are reminded to file a joint status report one week prior to the conference for the Court's review.

3. The parties are also reminded to file a joint status report regarding a proposed schedule for

the remainder of the case within fourteen days of the ruling on the Defendants' motion for summary judgment. (ECF No. 85).

IT IS SO ORDERED.

Dated: **March 15, 2023**    /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE