UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL CLARK, individually, and on behalf of other members of the general public similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>QG Printing II LLC, et al.,<br><br>    Defendants. | Case No.  1:18-cv-00899-ADA-EPG<br><br>ORDER EXTENDING DEADLINE TO FILE REVISED TRIAL PLAN AND CONTINUING STATUS CONFERENCE<br><br>(ECF No. 108) |

This matter is before the Court on the parties' joint status report (ECF No. 108), which requests that (1) the Court extend the deadline former presiding District Judge Anthony W. Ishii set for Plaintiff to file a revised trial plan (*see* ECF No. 104) to on or after August 7, 2023, and (2) that this Court continue the status conference (ECF No. 102) currently set for July 24, 2023. As grounds, the parties state as follows: "Following issuance of the Court's Orders, the parties have been evaluating and conferring on the impact of the Court's Orders on the remaining claims in the case. The parties have also been engaged in discussions of a possible mediation to resolve the remaining claims in the case." (ECF No. 108, p. 3).

Having reviewed the parties' joint status report, IT IS ORDERED as follows:

1. The deadline for Plaintiff to file a revised trial plan is extended to August 7, 2023.
2. The July 24, 2023 status conference is continued to August 14, 2023, at 10:00 a.m. To

1

participate telephonically, each party is directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453.

3. The parties are reminded to file a joint status report one week prior to the conference for the Court's review. The joint report shall address the status of settlement efforts and, if the parties intend to continue litigating this matter, shall contain a proposed schedule for the remainder of the case.

IT IS SO ORDERED.

Dated:   **May 5, 2023**                               /s/ Erica P. Grosjean
                                                        UNITED STATES MAGISTRATE JUDGE