UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL CLARK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>QG PRINTING II LLC, et al.,<br><br>　　　　　Defendants. | Case No. 1:18-cv-00899-ADA-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ACTION AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 118). |

　　　On October 26, 2023, the parties filed a joint stipulation dismissing this action. (ECF No. 118). The dismissal is with prejudice as to Plaintiff Paul Clark's individual claims, but without prejudice as to the PAGA claims of other allegedly aggrieved employees. Additionally, the parties agreed to bear their own costs and fees.

　　　In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), pursuant to the terms of the stipulation. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

　　　Dated:  **October 28, 2023**　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1